AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No. 26-mj-085 (DJF) |
| MOUSTAPHE YOUSSOUF | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 21, 2026, in the State and District of Minnesota, the defendant **Moustaphe Youssouf** (YOB 1997), did forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in 18 U.S.C. § 1114, namely, special agents of the United States Immigration and Customs Enforcement Homeland Security Investigations, who were engaged in, and on account of, the performance of official duties, all in violation of Title 18, Section 111(a).

I further state that I am a special agent with the HSI, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
*Complainant's signature*

Richard Berger, Special Agent, HSI
*Printed name and title*

Sworn to and signed before me, by reliable electronic means (Zoom and box on USAfx), pursuant to Fed. R. Crim. P. 41(d)(3),

Date: 1-26-26

_____
*Judge's Signature*

City and State: Minneapolis, MN

Dulce J. Foster
United States Magistrate Judge
*Printed Name and Title*