UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-085 (DJF)

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Berger, being duly sworn, do hereby state as follows:

### INTRODUCTION & AGENT BACKGROUND

1. I am Special Agent with the U.S. Homeland Security Investigations, Department of Homeland Security (HSI) and have been so employed since September 2009. I am a graduate of the Federal Law Enforcement Training Center, which consisted of the Criminal Investigator Training Program, and U.S. Immigration and Customs Enforcement Special (ICE) Agent Training.

2. Prior to working with HSI, I was employed as a U.S. Customs and Border Protection Officer for approximately four years. During my career, I have conducted and participated in multiple investigations involving the unlawful importation and the distribution of controlled substances, the assault and hinderance of federal officers while engaged in the performance of their official duties, fraud and identity theft

violations, export violations, financial crimes, illegal alien smuggling and various immigration violations. During these investigations, I have conducted physical surveillance, executed arrest and search warrants, reviewed tape-recorded conversations, and personally interviewed numerous sources of information as well as confidential sources.

3. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Moustaphe YOUSSOUF (XX/XX/1997) for assault of a federal officer, in violation of Title 18, United States Code, Section 111(a).

4. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings at the writing of this affidavit. This affidavit does not include all the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

5. On January 21, 2026, at approximately 1100hrs special agents with ICE and Enforcement and Removal Operations (ERO) Deportation Officers (DO) were conducting surveillance in the St. Cloud,

Minnesota area. The officers were wearing exterior body armor with "Police" markings and badges clearly displayed and were in law enforcement vehicles equipped with emergency lights and sirens.

6. During their operation, officers located a car registered to an individual on their law enforcement action list. Officers followed the car and activated their lights and sirens to initiate a traffic stop.

7. After stopping the car, DO 1 walked to the driver's door of the red Cruze, identified himself as a federal law enforcement officer, and requested identification from the driver, Moustaphe YOUSSOUF. YOUSSOUF refused to comply and stated, "I don't have to show you shit! Fuck you!"

8. As DO 1 was standing at the driver's door he observed YOUSSOUF repeatedly reaching into his pockets and moving around inside the vehicle. Due to concern for officers' safety, DO 1 instructed YOUSOUF to stop reaching. YOUSOUF did not comply so DO 1 opened the driver's door to gain a better view of YOUSSOUF's hands, and ordered YOUSSOUF to exit the vehicle. YOUSOUF refused to exit the car.

9. DO 2 approached to assist DO 1 and told YOUSSOUF that

3

they were giving him one more opportunity to step out of the car before they would remove YOUSSOUF from the car. In response, YOUSSOUF told the officers he was not going to get out of his car.

10. DO 1 and DO 2 then grabbed YOUSSOUF's left hand to remove him from the car. YOUSSOUF resisted DO 1 and DO 2 by screaming, kicking, swinging his arms, and striking and pushing DO 2 in the chest. YOUSSOUF also kicked DO 1 and DO 2 in the groin while resisting the officers' efforts to remove YOUSSOUF from the car.

11. DO 2 showed YOUSOUF his can of Oleoresin Capsicum (OC) spray and warned YOUSSOUF that if he did not step out of the vehicle and stop kicking them, DO 2 was going to spray him.

12. YOUSSOUF told officers that he was not getting out of the vehicle, so DO 2 sprayed YOUSSOUF's eyes with the OC spray. YOUSSOUF then stopped resisting and complied with the DOs' instructions and removed himself from the car.

13. Once he was out of the car, DO 1 and DO 2 handcuffed YOUSSOUF and placed him under arrest for violating Title 18, United States Code, Section 111.

## CONCLUSION

14. Based on the information set forth above, there is probable cause to believe that defendant Moustaphe YOUSSOUF forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with officers in performance of their official duties, in violation of Title 18, United States Code, Section 111(a).

Further your Affiant sayeth not.

*[signature]*

Richard Berger
Special Agent, HSI

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
January 26, 2026

*[signature]*

DULCE J. FOSTER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA