*26mj85 LIB*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INFORMATION** |
| ) | |
| Plaintiff, ) | 18 U.S.C. § 111(a)(1) |
| ) | |
| v. ) | |
| ) | |
| MOUSTAPHE YOUSSOUF, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 21, 2026, in the State and District of Minnesota, the defendant,

### MOUSTAPHE YOUSSOUF,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with officers and employees of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, Immigration and Customs Enforcement employees, while such employees were engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

Dated: February 6, 2026

DANIEL N. ROSEN
United States Attorney

SCANNED
FEB 0 6 2026
U.S. DISTRICT COURT MPLS

/s/    *Zain Abid*
BY:  ZAIN ABID
Special Assistant United States Attorney