UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-85 (LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **MOTION TO DISMISS** |
| MOUSTAPHE YOUSSOUF, | ) |
| Defendants. | ) |

The United States of America, by and through its attorneys, Daniel Rosen, United States Attorney for the District of Minnesota, and Zain Abid, Special Assistant United States Attorney, hereby moves the Court for an order dismissing the complaint and information against the above-named defendant without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: February 18, 2026

Respectfully Submitted,

DANIEL ROSEN
United States Attorney

*s/ Zain Abid*
BY: Zain Abid
Special Assistant U.S. Attorney