UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 26-mj-85 (LIB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| MOUSTAPHE YOUSSOUF, | |
| Defendant. | |

On February 18, 2026, the Government filed a Motion to Dismiss [Docket No. 23] pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Based upon review of the files and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Government's Motion to Dismiss [Docket No. 23] is **GRANTED**;

2. The Defendant's Motion for Disclosure [Docket No. 21] is **DENIED as moot**;

3. The Arraignment currently scheduled for February 19, 2026, at 1:30 p.m. in Duluth, Minnesota is **CANCELLED**; and

4. This matter is **DISMISSED without prejudice.**


Dated: February 18, 2026                    s/Leo I. Brisbois
                                            Hon. Leo I. Brisbois
                                            U.S. MAGISTRATE JUDGE